UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

KAREEM JOHNSON #105117                         CIVIL ACTION NO. 21-cv-4052

VERSUS                                         JUDGE ELIZABETH E. FOOTE

TIMOTHY WILSON ET AL                           MAGISTRATE JUDGE HORNSBY

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's complaint is dismissed without prejudice for lack of subject-matter jurisdiction and pursuant to 28 U.S.C. § 1915(e)(2).

THUS DONE AND SIGNED at Shreveport, Louisiana, this the __10th__ day of __October__, 2022.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE